

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00315-CR

Paulino **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1058
Honorable George H. Godwin, Judge Presiding

# O R D E R

The State's second motion for extension of time to file its brief is GRANTED. The State's brief is due on **February 16, 2015**. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court